# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DONALD BISCAN                  §           Case No.: 09-27984
         MARY G BISCAN                  §
                                        §
                                        §
         Debtor(s)                      §

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/31/2009.

2) This case was confirmed on 09/28/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/05/2010.

5) The case was dismissed on 08/23/2010.

6) Number of months from filing to the last payment: 12

7) Number of months case was pending: 16

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   49,555.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 12,000.00 |
| Less amount refunded to debtor | $ | 1,029.66 |
| **NET RECEIPTS** | $ | 10,970.34 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 2,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 747.40 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 3,247.40 |
| Attorney fees paid and disclosed by debtor | $ | 1,000.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITIMORTGAGE INC | SECURED | 88,085.00 | 88,873.29 | .00 | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 24,583.00 | 23,891.08 | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 71,680.00 | 72,398.14 | .00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 53,348.00 | NA | NA | .00 | .00 |
| HARRIS NA | SECURED | 16,205.00 | 19,153.27 | .00 | .00 | .00 |
| HARRIS BANK | UNSECURED | 3,510.00 | NA | NA | .00 | .00 |
| PRINCIPAL RESIDENTIA | SECURED | 31,743.00 | .00 | .00 | .00 | .00 |
| PRINCIPAL RESIDENTIA | UNSECURED | 31,743.00 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 6,200.00 | 12,055.75 | 12,055.75 | 2,638.82 | 372.41 |
| WELLS FARGO AUTO FIN | UNSECURED | 6,297.48 | NA | NA | .00 | .00 |
| WELLS FARGO AUTO FIN | SECURED | 7,450.00 | 8,044.67 | 8,044.67 | 2,133.52 | 295.46 |
| WELLS FARGO AUTO FIN | UNSECURED | 597.66 | NA | NA | .00 | .00 |
| WESTGATE RESORTS | SECURED | 9,923.47 | .00 | .00 | .00 | .00 |
| WESTGATE RESORTS | SECURED | .00 | .00 | .00 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 10,825.00 | 11,701.09 | 11,701.09 | 245.35 | .00 |
| FIFTH THIRD BANK | UNSECURED | 5,626.00 | 6,382.96 | 6,382.96 | 133.85 | .00 |
| AMERICAN EXPRESS | UNSECURED | 851.00 | 870.60 | 870.60 | 18.26 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAF | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 5,108.00 | 5,812.47 | 5,812.47 | 121.87 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CROSSING POINTE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 2,848.00 | 3,355.93 | 3,355.93 | 70.38 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 8,188.00 | 3,146.62 | 3,146.62 | 65.98 | .00 |
| CHASE BANK | UNSECURED | 2,750.00 | 2,017.93 | 2,017.93 | 42.32 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 1,722.00 | 1,987.65 | 1,987.65 | 41.70 | .00 |
| CHASE BANK USA | UNSECURED | .00 | 389.72 | 389.72 | .00 | .00 |
| CHILDRENS PLACE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FINGERHUT CREDIT ADV | UNSECURED | .00 | NA | NA | .00 | .00 |
| CROSSING POINTE | UNSECURED | .00 | NA | NA | .00 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | 1,153.00 | 761.95 | 761.95 | 15.98 | .00 |
| DELL FINANCIAL SERVI | UNSECURED | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 13,617.00 | 14,674.43 | 14,674.43 | 307.70 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 11,434.00 | 12,493.27 | 12,493.27 | 261.96 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 9,076.00 | 10,203.31 | 10,203.31 | 213.97 | .00 |
| SPIRIT OF AMERICA/FA | UNSECURED | 394.00 | 475.72 | 475.72 | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | .00 | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 463.00 | 476.20 | 476.20 | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 5,743.00 | 6,280.10 | 6,280.10 | 131.69 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 3,477.00 | 4,057.78 | 4,057.78 | 85.10 | .00 |
| HSBC BANK NEVADA | UNSECURED | 30.00 | 810.63 | 810.63 | 17.01 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC CARSON | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC/RS | UNSECURED | .00 | NA | NA | .00 | .00 |
| ILLIANA FINANCIAL CR | UNSECURED | .00 | NA | NA | .00 | .00 |
| KEY HOME EQUITY SERV | UNSECURED | .00 | NA | NA | .00 | .00 |
| KOHLS | UNSECURED | 1,960.00 | NA | NA | .00 | .00 |
| NEWPORT NEWS | UNSECURED | .00 | NA | NA | .00 | .00 |
| OLD KENT BANK & TRUS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRINCIPLE RESIDENTIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRINCIPLE RESIDENTIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| TNB VISA | UNSECURED | .00 | NA | NA | .00 | .00 |
| US BANK NA | UNSECURED | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | .00 | NA | NA | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | .00 | NA | NA | .00 | .00 |
| WASHINGTON/PROVIDIAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NV | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WF FIN BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 5,323.00 | 9,693.32 | 9,693.32 | 203.25 | .00 |
| WF FIN BANK WELLS FA | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | .00 | 5,696.97 | 5,696.67 | 119.45 | .00 |
| ANN TAYLOR | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/ LANE BRYANT | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB CHADWICK | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| ZALE/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| DESIREE BISCAN | OTHER | .00 | NA | NA | .00 | .00 |
| WESTGATE RESORTS | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 8,914.50 | 8,914.50 | 186.91 | .00 |
| CITIMORTGAGE INC | SECURED | NA | 32.22 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 20,100.42 | 4,772.34 | 667.87 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 20,100.42 | 4,772.34 | 667.87 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 110,202.85 | 2,282.73 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,247.40 |
| Disbursements to Creditors | $ | 7,722.94 |
| **TOTAL DISBURSEMENTS:** | $ | 10,970.34 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    11/22/2010                    /s/ Tom  Vaughn
                                        Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**